**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8412**

_____

ROBERT H. DIXON,

        Plaintiff - Appellant,

    v.

R. DAVID MITCHELL, Superintendent, Mountain View
Correctional Institution; NURSE PRESNELL, RN, Mountain View
Correctional Institution,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Graham C. Mullen,
Senior District Judge.  (1:08-cv-00473-GCM)

_____

Submitted:  March 12, 2009      Decided:  March 17, 2009

_____

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert H. Dixon, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert H. Dixon appeals the district court's order denying him leave to file an amended complaint after the action had already been dismissed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dixon v. Mitchell, No. 1:08-cv-00473-GCM (W.D.N.C. Nov. 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED